# EXHIBIT "A"

ELECTRONICALLY FILED
6/22/2017 4:29 PM
30-CV-2017-900102.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

| | | |
|---|---|---|
| State of Alabama<br>Unified Judicial System<br>Form ARCiv-93    Rev.5/99 | **COVER SHEET**<br>**CIRCUIT COURT - CIVIL CASE**<br>(Not For Domestic Relations Cases) | Case: 30<br>Date of Filing:<br>06/22/2017    Judge Code: |

## GENERAL INFORMATION

**IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA**
**ANTHONY L THOMPSON v. PREWITT AND SON TRUCKING ET AL**

**First Plaintiff:** ☐ Business ☑ Individual      **First Defendant:** ☑ Business ☐ Individual
                    ☐ Government ☐ Other                                  ☐ Government ☐ Other

**NATURE OF SUIT:** Select primary cause of action, by checking box (check only one) that best characterizes your action:

**TORTS: PERSONAL INJURY**
☐ WDEA - Wrongful Death
☐ TONG - Negligence: General
☑ TOMV - Negligence: Motor Vehicle
☐ TOWA - Wantonness
☐ TOPL - Product Liability/AEMLD
☐ TOMM - Malpractice-Medical
☐ TOLM - Malpractice-Legal
☐ TOOM - Malpractice-Other
☐ TBFM - Fraud/Bad Faith/Misrepresentation
☐ TOXX - Other:

**TORTS: PERSONAL INJURY**
☐ TOPE - Personal Property
☐ TORE - Real Properly

**OTHER CIVIL FILINGS**
☐ ABAN - Abandoned Automobile
☐ ACCT - Account & Nonmortgage
☐ APAA - Administrative Agency Appeal
☐ ADPA - Administrative Procedure Act
☐ ANPS - Adults in Need of Protective Service

**OTHER CIVIL FILINGS (cont'd)**
☐ MSXX - Birth/Death Certificate Modification/Bond Forfeiture Appeal/Enforcement of Agency Subpoena/Petition to Preserve
☐ CVRT - Civil Rights
☐ COND - Condemnation/Eminent Domain/Right-of-Way
☐ CTMP - Contempt of Court
☐ CONT - Contract/Ejectment/Writ of Seizure
☐ TOCN - Conversion
☐ EQND - Equity Non-Damages Actions/Declaratory Judgment/Injunction Election Contest/Quiet Title/Sale For Division
☐ CVUD - Eviction Appeal/Unlawful Detainer
☐ FORJ - Foreign Judgment
☐ FORF - Fruits of Crime Forfeiture
☐ MSHC - Habeas Corpus/Extraordinary Writ/Mandamus/Prohibition
☐ PFAB - Protection From Abuse
☐ FELA - Railroad/Seaman (FELA)
☐ RPRO - Real Property
☐ WTEG - Will/Trust/Estate/Guardianship/Conservatorship
☐ COMP - Workers' Compensation
☐ CVXX - Miscellaneous Circuit Civil Case

**ORIGIN:** F ☑ INITIAL FILING      A ☐ APPEAL FROM DISTRICT COURT      O ☐ OTHER
          R ☐ REMANDED              T ☐ TRANSFERRED FROM OTHER CIRCUIT COURT

**HAS JURY TRIAL BEEN DEMANDED?** ☑ YES ☐ NO    Note: Checking "Yes" does not constitute a demand for a jury trial. (See Rules 38 and 39, Ala.R.Civ.P, for procedure)

**RELIEF REQUESTED:** ☑ MONETARY AWARD REQUESTED ☐ NO MONETARY AWARD REQUESTED

**ATTORNEY CODE:**
HOR062                    6/22/2017 4:29:47 PM              /s/ WARNER O. HORNSBY
                                Date                        Signature of Attorney/Party filing this form

**MEDIATION REQUESTED:** ☐ YES ☐ NO ☑ UNDECIDED

DOCUMENT 2

ELECTRONICALLY FILED
6/22/2017 4:29 PM
30-CV-2017-900102.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

## IN THE CIRCUIT COURT FOR
## ESCAMBIA COUNTY, ALABAMA

| | |
|---|---|
| **ANTHONY THOMPSON,** | * |
| | * |
| **Plaintiff,** | * |
| | * **NO. CV-** |
| **vs.** | * |
| | * |
| **ROBERT A. ORTENSIE; PREWITT AND SON TRUCKING COMPANY;** and Fictitious Defendants "A", "B", and "C", whether singular or plural, those persons, firms, corporations, or other entities whose wrongful conduct caused or contributed to the cause of the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to Plaintiff at this time, but will be substituted by amendment when ascertained, | * **JURY DEMAND** |
| | * |
| **Defendants.** | * |

## COMPLAINT

### STATEMENT OF THE PARTIES

1. Plaintiff Anthony Thompson is over the age of nineteen years, and resides in Montgomery in Montgomery County, Alabama.

2. Defendant Robert Ortensie is over the age of nineteen years, and resides in Clarksville in Clark County, Indiana.

3. Defendant Prewitt and Son Trucking Company (hereinafter "Prewitt") is a foreign corporation doing business in Escambia County Alabama, with its principal place of business in Bullitt County, Kentucky.

4. Fictitious Defendants "A", "B", and "C", whether singular or plural, are those persons, firms, corporations, or other entities whose wrongful conduct caused or contributed

to the cause of the injuries and damages to the Plaintiff, all of whose true and correct names are unknown to the Plaintiff at this time, but will be substituted by amendment when ascertained.

## STATEMENT OF THE FACTS

5. On September 22, 2016, Plaintiff Anthony Thompson was operating his commercial truck on Interstate 65 in Escambia County, Alabama, in a southbound direction.

6. On September 22, 2016, Defendant Robert Ortensie was operating a commercial truck on Interstate 65 in Escambia County, Alabama, in a southbound direction.

7. At all times relevant to this action, Defendant Robert Ortensie was an employee of Defendant Prewitt. Defendant Robert Ortensie was operating a commercial truck as an employee of Defendant Prewitt when he was involved in the wreck that is the root of this action.

8. Defendant Robert Ortensie failed to yield, failed to maintain an appropriate distance from the truck driven by the Plaintiff, failed to keep a proper lookout while driving, or otherwise failed to reasonably and appropriately conduct his vehicle, causing his vehicle to collide with the rear of the trailer being pulled by Plaintiff.

9. Defendant Robert Ortensie was driving/operating the truck within the line and scope of his employment.

10. The amount in controversy is more than $10,000.00 exclusive of costs and fees.

## COUNT ONE
### Negligence

11. Plaintiff re-alleges all prior paragraphs of the Complaint as if set out here in full.

12. Defendant Robert Ortensie owed a duty to Plaintiff to use reasonable care in his operation of the truck on Interstate 65 in Escambia County, Alabama on September 22, 2016.

13. Defendant Robert Ortensie was negligent in his operation of the truck on September 22, 2016. Defendant Robert Ortensie's negligent behavior includes but is not limited to: failing to maintain a proper lookout while operating a motor vehicle; failing to yield or stop when he knew Plaintiff had the right of way; failing to maintain a reasonable distance between his vehicle and other vehicles on the roadway, including the Plaintiff's; failing to maintain a reasonable speed; violating certain provisions of the Alabama Rules of the Road Act; and causing his vehicle to collide with Plaintiff's trailer.

14. Defendant "Prewitt" is responsible for the negligent acts of its employee/agent.

15. As a proximate consequence of the Defendants' negligence, as alleged, Plaintiff Anthony Thompson was injured and damaged as follows: Mr. Thompson suffered bodily injuries; he suffered physical pain and suffering and will continue to suffer physical pain in the future; he was required to seek medical treatment; he has incurred medical expenses and will continue to incur medical expenses in the future; and he has otherwise been injured or damaged.

16. WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory damages as a jury ay award; and the costs of this action.

## COUNT TWO
**Wantonness**

17. Plaintiff re-alleges all prior paragraphs of the Complaint as if set out here in full.

18. Defendant Robert Ortensie owed a duty to Plaintiff to use reasonable care in his operation of the truck on Interstate 65 in Escambia County, Alabama on September 22, 2016.

19. Defendant Robert Ortensie was wanton in his operation of the truck on September 22, 2016. Defendant Robert Ortensie's wanton behavior includes but is not limited to: failing to maintain a proper lookout while operating a motor vehicle; failing to yield or stop when he knew Plaintiff had the right of way; failing to maintain a reasonable distance between his vehicle and other vehicles on the roadway, including the Plaintiff's; failing to maintain a reasonable speed; violating certain provisions of the Alabama Rules of the Road Act; and causing his vehicle to collide with Plaintiff's trailer.

20. Defendant "Prewitt" is responsible for the wanton acts of its employee/agent.

21. As a proximate consequence of the Defendants' wantonness, as alleged, Plaintiff Anthony Thompson was injured and damaged as follows: Mr. Thompson suffered bodily injuries; he suffered physical pain and suffering and will continue to suffer physical pain in the future; he was required to seek medical treatment; he has incurred medical expenses and will continue to incur medical expenses in the future; and he has otherwise been injured or damaged.

22. WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory damages as a jury ay award; a separate amount of punitive damages; and the costs of this action.

## COUNT THREE
### Negligent Hiring, Training, and Supervision

23. Plaintiff re-alleges all prior paragraphs of the Complaint as if set out here in full.

24. Defendant Prewitt knew, or should have known, that Defendant Robert Ortensie was incapable of safely operating the subject truck.

25. Defendant Prewitt negligently hired, trained, and supervised Defendant Robert Ortensie.

26. As a proximate result of Defendant Prewitt's negligence and/or wantonness, Plaintiff Anthony Thompson was injured and damaged as described in paragraph 15 above.

27. WHEREFORE, Plaintiff demands judgment against Defendants in such an amount of compensatory damages as a jury may award; a separate amount of punitive damages; and the costs of this action.

/s/Warner O. Hornsby
WARNER O. HORNSBY (HOR062)
EVAN G. ALLEN (ALL103)
Attorneys for Plaintiff

OF COUNSEL:

BEASLEY, ALLEN, CROW,
METHVIN, PORTIS & MILES, P.C.
P.O. BOX 4160
MONTGOMERY, AL 36103-4160
Warner.Hornsby@beasleyallen.com
Evan.Allen@beasleyallen.com
(334) 269-2343 (Phone)
(334) 954-7555 (Fax)

## JURY DEMAND

PLAINTIFF'S HEREBY DEMAND TRIAL BY JURY ON ALL ISSUES OF THIS CAUSE.

/s/Warner O. Hornsby
OF COUNSEL

| State of Alabama<br>Unified Judicial System<br>Form C-34   Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>30-CV-2017-900102.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA**
**ANTHONY L THOMPSON V. PREWITT AND SON TRUCKING ET AL**

**NOTICE TO:** PREWITT AND SON TRUCKING, C/O SCOTT PREWITT 945 S. OLD PRESTON HWY, SHEPHARDSVILLE, KY 40165

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WARNER O. HORNSBY ,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 218 COMMER STREET, MONTGOMERY, AL 36104 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ANTHONY L THOMPSON pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 6/22/2017 4:29:55 PM | /s/ JOHN FOUNTAIN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.   /s/ WARNER O. HORNSBY
*(Plaintiff's/Attorney's Signature)*

**RETURN ON SERVICE**

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____ in _____ County,
*(Name of Person Served)*  *(Name of County)*

Alabama on _____ .
*(Date)*

| | | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

| State of Alabama<br>Unified Judicial System<br>Form C-34  Rev. 4/2017 | **SUMMONS**<br>**- CIVIL -** | **Court Case Number**<br>30-CV-2017-900102.00 |
|---|---|---|

**IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA**
**ANTHONY L THOMPSON V. PREWITT AND SON TRUCKING ET AL**

**NOTICE TO:** ROBERT A ORTENSIE, 1005 CENTRALIA CT, CLARKSVILLE, IA 47129

*(Name and Address of Defendant)*

THE COMPLAINT OR OTHER DOCUMENT WHICH IS ATTACHED TO THIS SUMMONS IS IMPORTANT, AND YOU MUST TAKE IMMEDIATE ACTION TO PROTECT YOUR RIGHTS. YOU OR YOUR ATTORNEY ARE REQUIRED TO FILE THE ORIGINAL OF YOUR WRITTEN ANSWER, EITHER ADMITTING OR DENYING EACH ALLEGATION IN THE COMPLAINT OR OTHER DOCUMENT, WITH THE CLERK OF THIS COURT. A COPY OF YOUR ANSWER MUST BE MAILED OR HAND DELIVERED BY YOU OR YOUR ATTORNEY TO THE PLAINTIFF(S) OR ATTORNEY(S) OF THE PLAINTIFF(S), WARNER O. HORNSBY,

*[Name(s) of Attorney(s)]*

WHOSE ADDRESS(ES) IS/ARE: 218 COMMER STREET, MONTGOMERY, AL 36104 .

*[Address(es) of Plaintiff(s) or Attorney(s)]*

THE ANSWER MUST BE MAILED OR DELIVERED WITHIN 30 DAYS AFTER THIS SUMMONS AND COMPLAINT OR OTHER DOCUMENT WERE SERVED ON YOU OR A JUDGMENT BY DEFAULT MAY BE RENDERED AGAINST YOU FOR THE MONEY OR OTHER THINGS DEMANDED IN THE COMPLAINT OR OTHER DOCUMENT.

**TO ANY SHERIFF OR ANY PERSON AUTHORIZED BY THE ALABAMA RULES OF CIVIL PROCEDURE TO SERVE PROCESS:**

☐ You are hereby commanded to serve this Summons and a copy of the Complaint or other document in this action upon the above-named Defendant.

☑ Service by certified mail of this Summons is initiated upon the written request of ANTHONY L THOMPSON pursuant to the Alabama Rules of the Civil Procedure.

*[Name(s)]*

| 6/22/2017 4:29:55 PM | /s/ JOHN FOUNTAIN | By: |
|---|---|---|
| *(Date)* | *(Signature of Clerk)* | *(Name)* |

☑ Certified Mail is hereby requested.       /s/ WARNER O. HORNSBY
*(Plaintiff's/Attorney's Signature)*

## RETURN ON SERVICE

☐ Return receipt of certified mail received in this office on _____ .
*(Date)*

☐ I certify that I personally delivered a copy of this Summons and Complaint or other document to _____
in _____ County,
*(Name of Person Served)*   *(Name of County)*
Alabama on _____ .
*(Date)*

| | | *(Address of Server)* |
|---|---|---|
| *(Type of Process Server)* | *(Server's Signature)* | |
| | *(Server's Printed Name)* | *(Phone Number of Server)* |

ELECTRONICALLY FILED
6/23/2017 8:11 AM
30-CV-2017-900102.00
CIRCUIT COURT OF
ESCAMBIA COUNTY, ALABAMA
JOHN FOUNTAIN, CLERK

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY

ANTHONY L THOMPSON §

PLAINTIFF(S),

vs. §

PREWITT AND SON TRUCKING

ROBERT A ORTENSIE §

DEFENDANT(S),

CASE NO: CV-2017-900102
DIVISION: II

Bert W. Rice, Division I
J. David Jordan, Division II

## GENERAL PRE-TRIAL ORDER

To expedite pre-trial and trial procedures, it is ORDERED by the Court that the following will apply:

1. **PRODUCTION OF TRIAL EXHIBITS**: Within a reasonable time prior to trial, each party shall make available to all other parties all documents, exhibits, and physical evidence expected to be used at trial. All such documents, evidence and exhibits shall be deemed authenticated and admitted into evidence without further proof unless written objections are made to the Court within a reasonable time thereafter and before trial specifying the grounds of objection.

    (a) Documents, exhibits or physical evidence which are not exhibited to other parties in a timely fashion prior to trial may not be offered in evidence at the trial unless the ends of justice so require.

    (b) All documents, exhibits or physical evidence shall be presented to the Court Reporter prior to trial for marking and counsel shall prepare a list of said exhibits for the Court Reporter.

2. **MEDICAL BILLS**: If applicable, all doctor, medical and hospital bills (or a list thereof) shall be made available to all parties within a reasonable time prior to trial and shall be admitted into evidence as reasonable and necessary without further proof, unless written objections to such bills be made to the Court within a reasonable time prior to trial specifying the grounds for objection.

    (a) Any such medical bills which are not exhibited to the other parties in a timely fashion prior to trial may not be offered in evidence at the trial unless the ends of justice so require.

    (b) All doctor, medical and hospital bills shall be presented to the Court Reporter prior to trial for marking and counsel shall prepare a list of said exhibits for the Court Reporter.

3. **WAIVER**: With respect to paragraphs 1 and 2 above, it shall be the duty of counsel to confer with opposing counsel at a reasonable time prior to trial in order to make arrangements to inspect such documents, exhibits and physical evidence and failure of counsel to so confer shall constitute a waiver of objection to admissibility.

4. **SPECIAL DAMAGES**: All parties seeking special damages shall furnish all other parties and the Court with a list of these special damages within a reasonable time prior to trial. Written objections to these special damages should be made to the Court within a reasonable time prior to trial and should specify the grounds of objection.

    (a) Any special damages which are not submitted to the other parties in a timely fashion prior to trial may not be claimed or evidence offered with respect thereto at trial unless the ends of justice so require.

5. **ADMISSIONS**: Unless objected to in writing a reasonable time prior to trial, agency and the time and place of the incident complained of are admitted and all parties shall be deemed correctly named and designated. Written objections to these admissions shall specify the grounds of objection.

6. **EXPERTS**: Unless previously obtained by discovery, each party shall furnish to all other parties the names, address and qualifications of all expert witnesses expected to testify together with a brief summary of the opinions and conclusions of such experts. Counsel for the parties shall comply with this provision within a reasonable time prior to trial and objections to the qualification of such witnesses as experts should be made in writing within a reasonable time prior to trial.

7. **DISCOVERY**: All discovery should be completed no later than thirty (30) days prior to the date of trial. Any requests for discovery within thirty (30) days prior to the date of the trial must be made in writing to the Court and performed only with the Court's approval.

   (a) Interrogatories, Requests for Production, Requests for Admissions and Responses Thereto, and Notices of Depositions shall be served in accordance with Rule 5(d) of ARCP, but shall not be filed with the Clerk except upon Order of the Court or for use at trial or in connection with motions. The party responsible for service of the discovery material shall retain the original and become custodian.

   (b) No depositions shall be filed with the Clerk unless the Court directs otherwise, or unless in support of or in opposition to a motion. Counsel who notices a deposition shall be the custodian of the deposition and shall maintian the original for filing if the Court so directs.

   (c) If discovery materials are germane to any motion or response, only the relevant material shall be filed with the motion or response.

   (d) Whenever any discovery material (request, response, notice) is served, counsel shall contemporaneously deliver to the Clerk a notice identifying the date of service and the nature of the material shall be maintained by the Clerk with the civil action file but will not be docketed.

   (e) During the pendency of any case the custodian of any discovery material shall provide to counsel for all other parties reasonable access to the material and an opportunity to duplicate the material at the expense of the copying party, and any other person may, with leave of Court, obtain a copy of any discovery material from its custodian upon payment of the expense of the copy.

   (f) This Order shall not apply to any depositions taken before the Clerk or a Commissioner appointed by the Clerk for us in an action for dissolution of marriage.

8. **JURY CHARGE**: Written requested jury charges shall be typed, numbered and shall designate the party requesting the same. Legal authority for each requested charge shall be clearly noted. Failure to cite legal authority for any charge may result in the same being considered an original charge without legal authority to substantiate it. All charges shall be submitted to the Court no later than the close of the plaintiff's case-in-chief, but the same may be supplemented during the course of the trial on matters that could not reasonably be anticipated.

9. **JURY SELECTION**: Prior to the commencement of trial and out of the hearing of the jury panel, the parties shall provide to the Court the full name of any insurance company upon which voir dire is required or requested. All voir dire questions shall be put in writing and submitted to the Court prior to voir dire.

10. **DUTY TO SUPPLEMENT**: Responses required to be made under the terms of this order shall be amended or supplemented as necessary to maintain their completeness and accuracy.

11. **MOTIONS**: All motions for summary judgment and other dispositive motions shall be filed and argued no later than 30 days prior to the day upon which the case is schedule for trial.

    All other motions, including motions in limine, shall be filed and argued no later than ten (10) days prior to the day upon which the case is scheduled for trial.

    It is further ORDERED that the Court will reconsider any portion of this Order upon the timely application of any party.

    DONE AND ORDERED this __23rd__ day of _____June_____, 20_17_.

                                                    _____ Division I
                                                    Bert W. Rice, Circuit Judge


                                                    _____ Division II
                                                    J. David Jordan, Circuit Judge



# NOTICE TO CLERK

REQUIREMENTS FOR COMPLETING SERVICE BY
CERTIFIED MAIL OR FIRST CLASS MAIL

IN THE CIRCUIT COURT OF ESCAMBIA COUNTY, ALABAMA
ANTHONY L THOMPSON V. PREWITT AND SON TRUCKING ET AL

30-CV-2017-900102.00

To: CLERK ESCAMBIA
clerk.escambia@alacourt.gov

TOTAL POSTAGE PAID: $13.54

Parties to be served by Certified Mail - Return Receipt Requested

PREWITT AND SON TRUCKING                                   Postage: $6.77
C/O SCOTT PREWITT
945 S. OLD PRESTON HWY
SHEPHARDSVILLE, KY 40165

ROBERT A ORTENSIE                                          Postage: $6.77
1005 CENTRALIA CT
CLARKSVILLE, IA 47129

Parties to be served by Certified Mail - Restricted Delivery - Return Receipt Requested

Parties to be served by First Class Mail

# U.S. Postal Service™
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

**Certified Mail Fee**
$

**Extra Services & Fees** (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy)       $ _____
- ☐ Return Receipt (electronic)     $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required        $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postmark Here

JUN 23 2017

**Postage**
$

**Total Postage and Fees**
$

**Sent To** Prewitt and Son Trucking
**Street and Apt. No., or PO Box No.** 945 S. Old Preston Hwy
**City, State, ZIP+4®** Shephardsville, KY 40165

7016 2140 0000 6949 7941 6460

D001
JVJ

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 (Reverse) PSN 7530-02-000-9047

# U.S. Postal Service
# CERTIFIED MAIL® RECEIPT
Domestic Mail Only

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
- ☐ Return Receipt (hardcopy) $ _____
- ☐ Return Receipt (electronic) $ _____
- ☐ Certified Mail Restricted Delivery $ _____
- ☐ Adult Signature Required $ _____
- ☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Sent To: Robert A Ortewie
Street and Apt. No., or PO Box No.: 1005 Centralia Ct
City, State, ZIP+4®: Clarksville, IA 47129

Postmark Here: JUN 23 2017, BREWTON, ALABAMA 36426

Tracking: 7016 2140 0000 6949 7453

PS Form 3800, April 2015 PSN 7530-02-000-9047  See Reverse for Instructions

D002 JVJ

# Certified Mail service provides the following benefits:

- A receipt (this portion of the Certified Mail label).
- A unique identifier for your mailpiece.
- Electronic verification of delivery or attempted delivery.
- A record of delivery (including the recipient's signature) that is retained by the Postal Service™ for a specified period.

## Important Reminders:

- You may purchase Certified Mail service with First-Class Mail®, First-Class Package Service®, or Priority Mail® service.
- Certified Mail service is *not* available for international mail.
- Insurance coverage is *not* available for purchase with Certified Mail service. However, the purchase of Certified Mail service does not change the insurance coverage automatically included with certain Priority Mail items.
- For an additional fee, and with a proper endorsement on the mailpiece, you may request the following services:
  - Return receipt service, which provides a record of delivery (including the recipient's signature). You can request a hardcopy return receipt or an electronic version. For a hardcopy return receipt, complete PS Form 3811, *Domestic Return Receipt*; attach PS Form 3811 to your mailpiece; for an electronic return receipt, see a retail associate for assistance. To receive a duplicate return receipt for no additional fee, present this USPS®-postmarked Certified Mail receipt to the retail associate.
  - Restricted delivery service, which provides delivery to the addressee specified by name, or to the addressee's authorized agent.
  - Adult signature service, which requires the signee to be at least 21 years of age (not available at retail).
  - Adult signature restricted delivery service, which requires the signee to be at least 21 years of age and provides delivery to the addressee specified by name, or to the addressee's authorized agent (not available at retail).
- To ensure that your Certified Mail receipt is accepted as legal proof of mailing, it should bear a USPS postmark. If you would like a postmark on this Certified Mail receipt, please present your Certified Mail item at a Post Office™ for postmarking. If you don't need a postmark on this Certified Mail receipt, detach the barcoded portion of this label, affix it to the mailpiece, apply appropriate postage, and deposit the mailpiece.

**IMPORTANT: Save this receipt for your records.**

PS Form **3800**, April 2015 *(Reverse)* PSN 7530-02-000-9047



USPS TRACKING #

9590 9402 2859 7069 6305 13

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

JOHN ROBERT FOUNTAIN
CIRCUIT CLERK AND REGISTER
ESCAMBIA COUNTY
P.O. BOX 856
BREWTON, ALABAMA 36427

cv-17-900102 D001



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  Scott Prewitt  C. Date of Delivery |
| 1. Article Addressed to:<br><br>Previtt and Son Trucking<br>c/o Scott Prewitt<br>945 S. Old Preston Hwy<br>Shephardsville, KY 40165<br><br><br>9590 9402 2859 7069 6305 13<br>CV-17-900102   D01 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>[SHEPHERDSVILLE JUN 26 2017 postmark] |
| | 3. Service Type<br>☐ Adult Signature<br>☐ Adult Signature Restricted Delivery<br>☒ Certified Mail®<br>☐ Certified Mail Restricted Delivery<br>☐ Collect on Delivery<br>☐ Collect on Delivery Restricted Delivery<br>☐ Insured Mail<br>☐ Insured Mail Restricted Delivery | ☐ Priority Mail Express®<br>☐ Registered Mail™<br>☐ Registered Mail Restricted Delivery<br>☒ Return Receipt for Merchandise<br>☐ Signature Confirmation™<br>☐ Signature Confirmation Restricted Delivery |
| 2. Article Number (Transfer from service label)<br>7016 2140 0000 6461 6460 | |
| PS Form 3811, July 2015 PSN 7530-02-000-9053 | Domestic Return Receipt |

USPS TRACKING #

9590 9402 2859 7069 6304 69

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States Postal Service

• Sender: Please print your name, address, and ZIP+4® in this box•

JOHN ROBERT FOUNTAIN
CIRCUIT CLERK AND REGISTER
ESCAMBIA COUNTY
P.O. BOX 856
BREWTON, ALABAMA 36427

cv-17-900102   D002



**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Robert A Ortensie
1005 Centralia Ct
Clarksville, IA 47129

9590 9402 2859 7069 6304 69



2. Article Number (Transfer from service label)

7016 2140 0000 6461 6453

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X [signature]
☐ Agent
☐ Addressee

B. Received by (Printed Name)
Bob Ortensie

C. Date of Delivery
6-28

D. Is delivery address different from item 1?  ☐ Yes
If YES, enter delivery address below:  ☐ No

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☒ Certified Mail®
☐ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
   Mail Restricted Delivery
   00)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☒ Return Receipt for Merchandise
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2015 PSN 7530-02-000-9053  Domestic Return Receipt