# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| ANTHONY THOMPSON, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION NO. 17-00333-WS-B |
| ROBERT A. ORTENSIE, *et al.*, | : |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Plaintiff's motion for a default judgment be **DENIED**.

**DONE** this 4th day of October, 2017.

s/WILLIAM H. STEELE
**UNITED STATES DISTRICT JUDGE**