```
IN THE UNITED STATES DISTRICT COURT
   FOR THE SOUTHERN DISTRICT OF ALABAMA
              SOUTHERN DIVISION
```

ANTHONY THOMPSON, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION NO. 17-00333-WS-B
:
ROBERT A. ORTENSIE, *et al.*, :
:
    Defendants. :

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that Plaintiff's motion for a default judgment be **DENIED**.

**DONE** this 4th day of October, 2017.

                                              s/WILLIAM H. STEELE
                                              UNITED STATES DISTRICT JUDGE