**Remand of Civil Action**
**Tina Wood**    to: john.fountain                    10/23/2017 01:53 PM

RE:  Civil Action No. 17-0333-WS-B (United States District Court)
     Civil Action No. 2017-900102 (Escambia County Circuit Court)
     Thompson v. Ortensie, et al


Dear Mr. Fountain,

Pursuant to the Order of Remand entered in the above-styled case, please find attached the following documents:

    Certified copy of Remand Order (Doc. 19)

    Certified copy of Docket Sheet

**Please send a reply e-mail acknowledging receipt of this remand.**  If you should have any questions regarding this matter, please do not hesitate to contact me.


                          

17-333 Remand Order.pdf                17-333 Docket Sheet.pdf




*Tina Wood*
Case Administrator
USDC, Southern District of Alabama
Tina_Wood@alsd.uscourts.gov
http://www.alsd.uscourts.gov
(251) 690-2371 - ext. 1109